KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@klgates.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bryan.sinclair@klgates.com
CHRISTY V. LA PIERRE (SBN 242691)
Email: christy.lapierre@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Attorneys for Plaintiff,
PHOENIX TECHNOLOGIES LTD.

*IT IS SO ORDERED*
*[signature] Judge Vaughn R Walker*
*30Mar2010*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEVICEVM, INC., a Delaware corporation,<br><br>Defendant. | Case No.: C 10-00514-VRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PHOENIX TECHNOLOGIES LTD.**<br><br>Judge:    Honorable Vaughn R. Walker<br><br>Complaint Filed:  02/04/2010<br>Trial Date:          None |

TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(i), Plaintiff Phoenix Technologies Ltd., hereby, voluntarily dismiss its claims in this action without prejudice.

K&L GATES LLP

Dated: March 25, 2010      By:   /s/ Karineh Khachatourian
                                                KARINEH KHACHATOURIAN

                                                Attorneys for Plaintiff,
                                                PHOENIX TECHNOLOGIES LTD.

PL-36109 v1